

# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

UNITED STATES OF AMERICA

**JUDGMENT IN A CIVIL CASE**

v.

DARRYL PAUL DUNCAN                    CASE NUMBER:   05-1265-T/An


**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 11/14/05, the defendant's motion pursuant to 28 U.S.C. § 2255 is DENIED. It is further CERTIFIED that, pursuant to Fed. R. App. P. 24(a), any appeal is not taken in good faith and leave to appeal *in forma pauperis* is denied.  If movant files a notice of appeal, he must also pay the full $255 appellate filing fee or file a motion to proceed *in forma pauperis* and supporting affidavit in the Sixth Circuit Court of Appeals within thirty (30) days.


APPROVED:

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE


　　　　　　　　　　　　　　　　　　　　THOMAS M. GOULD
　　　　　　　　　　　　　　　　　　　　CLERK


_11/15/05_　　　　　　BY:  _C-Aherd_
DATE　　　　　　　　　　　　　　　　　DEPUTY CLERK


This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __11-18-05__ .

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CV-01265 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

---

David W. Camp
LAW OFFICES OF DAVID CAMP, PLLC
403 N. Parkway
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT